Patricia FLYNN, Respondent

v.

Irwin JACOBSON, Gilbert B. Tabby, Tabby Jacobson Associates and Hunting Park Medical Center, Inc., Petitioners.

Supreme Court of Pennsylvania.

March 10, 2004.

### ORDER

PER CURIAM:

AND NOW, this 10th day of March, 2004, the Petition for Allowance of Appeal is hereby **GRANTED** and the order of the Superior Court is **REVERSED**. The record reveals the post trial motion specifically referenced all four defendants, and was filed on behalf of all defendants by the same counsel. Jurisdiction relinquished.